# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lester Tellis,<br><br>　　Petitioner<br><br>v.<br><br>James Dzurenda, et al.,<br><br>　　Respondents | Case No.: 2:19-cv-01242-JAD-GWF<br><br>**Order Denying IFP<br>Application and Dismissing<br>Improperly Commenced Case**<br><br>[ECF No. 1] |

　　Lester Tellis petitions for habeas relief from his 1987 Nevada state-court convictions for kidnapping, robbery, attempted murder, and illegal discharge of a firearm. Although Tellis filed a motion to proceed in forma pauperis along with his petition, he did not properly commence this case because that pauper application does not include all required attachments. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2, a petitioner must attach both an inmate-account statement for the past six months and a properly executed financial certificate. Tellis has not complied with either requirement, making his application incomplete. Because Tellis's application for leave to proceed in forma pauperis is incomplete, I deny it and dismiss this action without prejudice to Tellis's ability to file a **new** petition in a **new** action with a fully complete pauper application on the proper form with all required attachments.

　　IT THEREFORE IS ORDERED that the application to proceed in forma pauperis **[ECF No. 1] is DENIED and that this action is DISMISSED** without prejudice to Tellis's ability to file a new petition in a new action with a properly completed pauper application.

IT FURTHER IS ORDERED that a certificate of appealability is DENIED, as jurists of reason would not find the court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

IT FURTHER IS ORDERED that **the Clerk is directed to SEND** petitioner two copies each of an application form to proceed in forma pauperis for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

IT FURTHER IS ORDERED that the Clerk is directed to ENTER JUDGMENT accordingly and close this case.

Dated: July 23, 2019

_____
U.S. District Judge Jennifer A. Dorsey